IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gazaway, Stephen Wesley

Printed:  4/8/08

Case Number:  07 B 09283
Judge:  Wedoff, Eugene R

Filed:  5/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 21, 2008
Confirmed: September 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 434.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 410.56 |
| Trustee Fee: |  | 23.44 |
| Other Funds: |  | 0.00 |
| Totals: | 434.00 | 434.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Dollie I Warren-Reed | Administrative | 2,500.00 | 410.56 |
| 2. Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. Option One Mortgage Corp | Secured | 11,113.23 | 0.00 |
| 4. RoundUp Funding LLC | Unsecured | 1,508.97 | 0.00 |
| 5. ECast Settlement Corp | Unsecured | 738.62 | 0.00 |
| 6. Portfolio Recovery Associates | Unsecured | 1,832.42 | 0.00 |
| 7. Anderson Financial Network | Unsecured |  | No Claim Filed |
|  |  | $ 17,693.24 | $ 410.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 23.44 |
|  | $ 23.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

